**Rita A. MORGAN**

v.

**Victor MORGAN.**

**No. 78–278–A.**

Supreme Court of Rhode Island.

Feb. 7, 1980.

Capalbo & Capalbo, Thomas J. Capalbo, Jr., Westerly, for petitioner.

Nardone, Turo & Naccarato, Vincent J. Naccarato, Westerly, for respondent.

### ORDER

At the direction of this Court, the parties appeared to show cause why both the appeal and cross appeal should not be dismissed. We affirm the judgment below in light of the fact that on the basis of the evidence in the record the Family Court justice did not err or abuse his discretion by incorporating the agreement in the divorce decree and in awarding the wife counsel fees.

DORIS, J., did not participate.

**Margaret SCHERER et al.**

v.

**B. & Y. REALTY CO. et al.**

**No. 79–403–A.**

Supreme Court of Rhode Island.

Feb. 8, 1980.

Milton Bernstein, Providence, for plaintiffs.

Stephen A. Gordon Ltd., Warwick, for defendants.

### ORDER

This matter was heard on February 5, 1980 in accord with a Show Cause Order issued December 28, 1979, that directed defendants to show why their appeal should not be dismissed for failure to file notices of appeal together with filing fees within the time period required by Sup.Ct.R. 4(a). The defendants having shown insufficient cause, their appeals are dismissed and the papers are remanded to the Superior Court.

DORIS, J., not participating.